THOMAS NELSON, Individually and as Trustee, etc.; et al., Respondents, *v.* JOHN V. PURDY et al., Appellants.

(Argued December 18, 1885 ; decided January 19. 1886.)

*Reginald Hart* for appellants.

*E. P. Johnson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

MARIA MERRITT et al., Respondents, *v.* THE VILLAGE OF PORT CHESTER et al., Appellants.

THIS case presented the same questions and was argued and decided with *Tingue* v. *Village of Port Chester* (*ante*, p. 294).

---

THE PEOPLE, Appellant, *v.* ARTHUR CIPPERLY, Respondent.

(Argued December 21, 1885 ; decided January 19, 1886.)

REPORTED below, 37 Hun, 324.
Decided on grounds stated in dissenting opinion of LEARNED, J., in court below.

*D. Cady Herrick* for appellant.

*Eugene Burlingame* for respondent.

*Per Curiam mem.* for reversal of judgment of General Term and for affirmance of judgment of Special Sessions.
All concur.
Judgment accordingly.